R. Christopher Harshman (248214)
  rch@packetlaw.com
9701 Wilshire Boulevard, Suite 1000
Beverly Hills, CA 90212
Telephone:  (310) 651-3077
Facsimile:   (310) 773-9027

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| **Ilia Zavialov**, <br><br> Plaintiff, <br><br> vs. <br><br> **Gerald Theodore Alves** *et al.*, <br><br> Defendants. | Case no. CV 12-06996-PA (SHx) <br><br> Assigned to the Hon. Percy Anderson <br><br> DECLARATION OF R. CHRISTOPHER HARSHMAN IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS <br><br> Hearing:  November 26, 2012 <br> Time:     1:30 p.m. <br> Location: Courtroom 15 <br>           312 N. Spring Street <br>           Los Angeles, CA 90012 |
|---|---|

I, R. Christopher Harshman, the undersigned, declare:

1.  I am the attorney for Plaintiff Ilia Zavialov ("Zavialov") in this action, and I have personal knowledge of each fact stated in this declaration. If called to testify, I could and would competently testify to these facts.

2.  A true and correct copy of the hangar lease at issue in this litigation, as returned to Zavialov by the defendants, and including the FedEx packaging used to return this canceled lease to Zavialov and the FedEx label no. 8005 4776 8856, completed in the name of a "G.T. Alves," affixed thereto, is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of November, 2012 at Beverly Hills, California.

s/R. Christopher Harshman<br>R. Christopher Harshman